# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LINDSEY LICARI,<br>            Appellant,<br>    vs.<br>NIKKI SIKALIS BOTT; NATIONAL TITLE CO.; LINDA NAW-PERDUE; ERA BROKERS; VALLEY WEST MORTGAGE; DREW LEVY; ONE REALTY GROUP; MELISSA PARKER; MELANIE TREANOR; GREATER LAS VEGAS ASSOCIATION OF REALTORS; THE STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION; LINDA STRATTON; INGRID TRUJILLO; DARYL MCCLOSKY; VATCHE SAJIDIAN; CLARK COUNTY RECORDER'S OFFICE; THE STATE OF NEVADA SECRETARY OF STATE; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JENNINGS AND FULTON, LTD.; AND SHUMWAY VAN LTD.,<br>            Respondents. | No. 82568<br><br>**FILED**<br><br>SEP 21 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>    DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing claims and declaring appellant to be a vexatious litigant. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

On March 18, 2021, the clerk of this court issued a notice directing appellant, who is proceeding pro se, to file and serve, by July 16, 2021, either (1) a brief that complies with NRAP 28(a) and NRAP 32 or (2) an informal brief for pro se parties on the form provided by the clerk. The notice cautioned that failure to timely file a brief or an informal brief could

21-27218

result in the dismissal of this appeal.

Appellant did not file a brief or an informal brief or otherwise communicate with this court. Accordingly, on August 11, 2021, this court entered an order directing appellant to file and serve, by August 25, 2021, either (1) an opening brief that complies with NRAP 28(a) and NRAP 32 or (2) an informal brief for pro se parties on the form provided by the clerk of this court. The order cautioned that failure to timely file and serve an opening brief or an informal brief could result in the imposition of sanctions, including the dismissal of this appeal as abandoned. *See* NRAP 31(d).

To date, appellant has not filed an opening brief or an informal brief or otherwise communicated with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. David M. Jones, District Judge
Lindsey Licari
Attorney General/Carson City
Lipson Neilson P.C.
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Clarkson & Associates, LLC
Marquis Aurbach Coffing
Drew Levy
Linda Stratton
Murchison & Cumming, LLC/Las Vegas
Shumway Van
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Clark County District Attorney
Resnick & Louis, P.C./Las Vegas
Vatche Sajidian
Valley West Mortgage
Eighth District Court Clerk